IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:22cr224-MHT
                            )            (WO)
SHELBIE LAIGHN BEVINGTON    )
```

                            ORDER

Upon consideration of the government's motion for leave to dismiss the indictment, it is ORDERED that the motion (Doc. 50) is granted, and the indictment (Doc. 1) is dismissed.

DONE, this the 21st day of June, 2023.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE